**In The United States District Court**
**For The Middle District of North Carolina**
**Greensboro Division**

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.; CENTER FOR FOOD SAFETY; ANIMAL LEGAL DEFENSE FUND; FARM SANCTUARY; FOOD & WATER WATCH; and GOVERNMENT ACCOUNTABILITY PROJECT<br><br>*Plaintiffs*,<br><br>v.<br><br>ROY COOPER, in his official capacity as Attorney General of North Carolina, and CAROL FOLT, in her official capacity as Chancellor of the University of North Carolina-Chapel Hill,<br><br>*Defendants*. | Case No.: 1:16-cv-25<br><br>**NOTICE OF APPEARANCE**<br>**DANIEL K. BRYSON** |

NOTICE IS HEREBY GIVEN that Daniel K. Bryson of Whitfield Bryson & Mason LLP hereby makes an appearance as counsel of record for Plaintiff and requests to be sent all further notices, rosters or other court documents electronically.

| | |
|---|---|
| Dated: January 13, 2016 | */s/ Daniel K. Bryson*<br>Daniel K. Bryson<br>Whitfield Bryson & Mason LLP<br>900 W. Morgan St.<br>Raleigh, NC, 27603<br>Telephone: (919)600-5000<br>Facsimile: (919)600-5035<br>Dan@wbmllp.com<br><br>*Attorney for Plaintiffs* |