In The United States District Court
For The Middle District of North Carolina
Greensboro Division

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.; CENTER FOR FOOD SAFETY; ANIMAL LEGAL DEFENSE FUND; FARM SANCTUARY; FOOD & WATER WATCH; and GOVERNMENT ACCOUNTABILITY PROJECT<br><br>*Plaintiffs*,<br><br>v.<br><br>ROY COOPER, in his official capacity as Attorney General of North Carolina, and CAROL FOLT, in her official capacity as Chancellor of the University of North Carolina-Chapel Hill,<br><br>*Defendants*. | Case No.: 1:16-cv-25 |

## NOTICE OF SPECIAL APPEARANCE

NOW COMES David S. Muraskin, an attorney with Public Justice, P.C., located at 1825 K St. NW, Suite 200, Washington DC 20006, and hereby gives notice of his special appearance as counsel on behalf of the Plaintiffs in this matter. Mr. Muraskin is a member in good standing of the bars of New York and Washington, DC. Mr. Muraskin appears in association with co-counsel Daniel K. Bryson of the North Carolina law firm Whitfield Bryson & Mason LLP, who is a member in good standing with this Court. By entering a special appearance, Mr. Muraskin agrees to the provisions of Rule 83.l(d) of the Local Rules of the Middle District of North Carolina.

Respectfully submitted this the 14th day of January, 2016.

                                              s/ David S. Muraskin
David S. Muraskin
**Public Justice, P.C.**
1825 K St. NW, Suite 200
Washington, DC 20006
(202) 861-5245
dmuraskin@publicjustice.net

Daniel K. Bryson
Jeremy R. Williams
**Whitfield Bryson & Mason LLP**
900 W. Morgan Street
Raleigh, NC 27603
919-600-5003
dan@wbmllp.com
jeremy@wbmllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January, 2016, a copy of the foregoing Notice of Special Appearance was filed with the Clerk of the Court using the CM/ECF System and served by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ David S. Muraskin
David S. Muraskin
**Public Justice, P.C.**
