**In The United States District Court**
**For The Middle District of North Carolina**
**Greensboro Division**

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.; CENTER FOR FOOD SAFETY; ANIMAL LEGAL DEFENSE FUND; FARM SANCTUARY; FOOD & WATER WATCH; and GOVERNMENT ACCOUNTABILITY PROJECT<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ROY COOPER, in his official capacity as Attorney General of North Carolina, and CAROL FOLT, in her official capacity as Chancellor of the University of North Carolina-Chapel Hill,<br><br>    *Defendants*. | Case No.: 1:16-cv-25 |

## <u>NOTICE OF SPECIAL APPEARANCE</u>

NOW COMES Cristina R. Stella, an attorney with Center for Food Safety, 303 Sacramento Street, Second Floor, San Francisco, CA 94111, and hereby gives notice of her special appearance as counsel on behalf of the Plaintiffs in this matter. Ms. Stella is a member in good standing of the bars of California and New York. Ms. Stella appears in association with co-counsel Daniel K. Bryson of the North Carolina law firm Whitfield Bryson & Mason LLP, who is a member in good standing with this Court. By entering a special appearance, Ms. Stella agrees to the provisions of Rule 83.l(d) of the Local Rules of the Middle District of North Carolina.

Respectfully submitted this the 14th day of January, 2016.


_/s/ Cristina R. Stella_
Cristina R. Stella
**Center for Food Safety**
303 Sacramento Street, Second Floor
San Francisco, CA 94111
(415) 826-2770
cstella@centerforfoodsafety.org

Daniel K. Bryson
Jeremy R. Williams
**Whitfield Bryson & Mason LLP**
900 W. Morgan Street
Raleigh, NC 27603
(919) 600-5003
dan@wbmllp.com
jeremy@wbmllp.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January, 2016, a copy of the foregoing Notice of Special Appearance was filed with the Clerk of the Court using the CM/ECF System and served by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*/s/ Cristina R. Stella*
Cristina R. Stella
**Center for Food Safety**