IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.; CENTER FOR FOOD SAFETY; ANIMAL LEGAL DEFENSE FUND; FARM SANCTUARY; FOOD & WATER WATCH; GOVERNMENT ACCOUNTABILITY PROJECT; FARM FORWARD; and AMERICAN SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS,<br><br>        Plaintiffs,<br><br>    v.<br><br>ROY COOPER, in his official capacity as Attorney General of North Carolina, and CAROL FOLT, in her official capacity as Chancellor of the University of North Carolina-Chapel Hill,<br><br>        Defendants. | 1:16-cv-25 |

**ORDER**

On consideration of Defendants' Motion for Leave to Exceed Page Limit in Defendants' Memorandum of Law in Support of Motion to Dismiss First Amended Complaint (Doc. 26), and for good cause shown, the motion is hereby GRANTED. Therefore, Defendants may file a Memorandum of Law in Support of its Motion to Dismiss of no more than 30 pages and Plaintiffs' may file a response of no more than 30 pages.

SO ORDERED.

                                    /s/   Thomas D. Schroeder
                              United States District Judge

March 4, 2016